PEOPLE ex rel. HULSHOF, Appellant, v. BOARD OF EDUCATION et al., Respondents. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Proceedings by the people of the state of New York, on the relation of John L. Hulshof, against the board of education and another. J. E. O'Brien, for

appellant. T. Connoly, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.